**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Osmani FERNANDEZ, a.k.a. Osmanis Fernandez, Defendant–Appellant.**

**No. 13–11227
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 30, 2013.

Kathleen Mary Salyer, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, John C. McMillan, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Randee J. Golder, Randee J. Golder, PA, Boynton Beach, FL, Osmani Fernandez, FCI Fort Dix, Fort Dix, NJ, for Defendant–Appellant.

Before MARTIN, HILL and FAY, Circuit Judges.

PER CURIAM:

Randee J. Golder, appointed counsel for Osmani Fernandez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Fernandez's conviction and sentence are **AFFIRMED.**